**FILED**

June 10, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MICHAEL ANTHONY JOHNSON,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **NO. SA-25-CV-00964-OLG** |
| | § | |
| **ROBERT A STEWART,** *individual capacity*, | § | |
| | § | |
| **Defendant.** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation (*see* R&R, Dkt. No. 18), filed May 1, 2026, concerning Defendant's Motion to Dismiss (Dkt. No. 10). Plaintiff, through counsel, was electronically served with a copy of the R&R on May 4, 2026, and therefore timely filed his objections (Dkt. No. 20) on May 6, 2026. *See* FED. R. CIV. P. 72(b)(2). Defendant has filed a response in support of the R&R (Dkt. No. 21).

When a party objects to an R&R, the Court must make a de novo determination as to "any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3); *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). Objections must be specific; frivolous, conclusory, or general objections need not be considered by the district court. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982), *overruled on other grounds by Douglass v. U.S. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)). Any portions of the Magistrate Judge's findings or recommendations that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

Having reviewed the R&R de novo, the Court finds that Plaintiff's objections (Dkt. No. 20) should be and hereby are **OVERRULED**. Accordingly, Judge Chestney's R&R (Dkt. No. 18) is

ADOPTED, and, for the reasons set forth therein, Defendant's Motion to Dismiss (Dkt. No. 10)

is **GRANTED** and Plaintiff's claims in this case are **DISMISSED**.

This case is **CLOSED**.

It is so **ORDERED**.

SIGNED on June _____, 2026.

_____
ORLANDO L. GARCIA
United States District Judge

2